

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-18-00371-CR

**IN RE** Juan Gabriel **CISNEROS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice

Delivered and Filed: July 18, 2018

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

On June 4, 2018, relator filed a pro se petition for writ of mandamus complaining of the trial court's refusal to rule on his application for writ of habeas corpus pursuant to Texas Code of Criminal Procedure 11.08. On July 2, 2018, the respondent informed this court that (1) he appointed an attorney to represent relator and (2) he scheduled a hearing to (a) determine the status of the case, (b) determine how much time defense counsel needs to prepare for the case, and (c) set the case for final hearing. Because relator has received the relief requested in his mandamus petition, we dismiss the petition as moot. *See In re Bonilla*, 424 S.W.3d 528, 534 (Tex. Crim. App. 2014) (orig. proceeding) (dismissing petition because relief sought had become moot).

PER CURIAM

Do not publish

---

[1] This proceeding arises out of Cause No. 88-02-02179-CR, styled *The State of Texas v. Juan Gabriel Cisneros*, pending in the 79th Judicial District Court, Brooks County, Texas, the Honorable Federico Hinojosa presiding.